**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

    Plaintiff,

v.

                                  Case No. 3:23-cv-1063-TJC-PDB

WERX, INC.,

    Defendant.

## O R D E R

Plaintiff Philadelphia Indemnity Insurance Company and Defendant Werx, Inc. have filed a stipulation of dismissal with prejudice of this action. (Doc. 69). Under Federal Rule of Civil Procedure 41, a plaintiff may voluntarily dismiss a case by notice before the defendant serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A). Otherwise, the plaintiff may dismiss the case only by submitting a stipulation of dismissal signed by all parties who have appeared. Id.; see also City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1038 (11th Cir. 2023). Because Clear Constructors, LLC has not signed the dismissal, a Court order is necessary to dismiss the action. Thus, the Court construes the stipulation of dismissal as a request for dismissal under Federal Rule of Civil Procedure 41(a)(2). Based on the record, it is hereby

**ORDERED:**

1. The stipulation of dismissal, construed as a request to dismiss the action, (Doc. 67) is **GRANTED**. The action is **DISMISSED with prejudice** as to Werx, Inc. Each party shall bear its own attorney's fees and costs.

2. As the remaining defendant has already been dismissed from the case (Doc. 35), the Clerk is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 27th day of May, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

jcd
Copies:

Counsel of record